

# KAISER SAURBORN & MAIR

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

Daniel J. Kaiser
+1.212.338.9100 x317
+1.646.607.9371 fax
kaiser@ksmlaw.com

January 26, 2024

Honorable Paul A. Engelmayer
United States District Court
  Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: DeLucca v. Hayfin Capital Management LLC
    Case No.: 1:24-cv-00494

Dear Judge Engelmayer:

We represent Petitioner, Joyce DeLucca, in the above caption matter. We will be filing a Motion Requesting to Vacate an Arbitration Award.

We respectfully request permission to file under seal our Exhibit I in support of Petitioner's Motion to Vacate. The exhibit contains attorney invoices sent to Respondent, Hayfin Capital Management LLC, by their legal counsel, DLA Piper LLP (USA).

We are filing the exhibit under seal in support of this letter motion for your review.

Thank you for your time and consideration.

Respectfully Submitted,

Daniel J. Kaiser

DJK/sz

GRANTED. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: January 26, 2024