UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOYCE DELUCCA,

|                        | Petitioner, |
| -v- |

HAYFIN CAPITAL MANAGEMENT LLC,

|                        | Respondent. |

24 Civ. 494 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received petitioner Joyce DeLucca's petition and motion to vacate an arbitration award, pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 10, 11. Dkts. 1, 8. However, in her materials DeLucca cites only the FAA itself as the basis for this Court's subject-matter jurisdiction. *See* Dkt. 1 at 2 (citing 9 U.S.C. § 10).

The FAA's statutory authorization allowing a district court to review an arbitration award does not itself create federal subject-matter jurisdiction—indeed, no provision of the FAA does so. *See Badgerow v. Walters*, 142 S. Ct. 1310, 1314 (2022). Rather, this Court may only entertain DeLucca's petition if there exists an "independent jurisdictional basis" for doing so. *Hall Street Assocs. L.L.C. v. Mattel, Inc.*, 552 U.S. 576, 582 (2008).

Accordingly, it is hereby ORDERED that, by **February 9, 2024**, DeLucca shall file a letter with this Court detailing what basis, if any, there is to exercise subject-matter jurisdiction in this action. Respondent Haydin Capital Management may file a letter in opposition by **February 14, 2024**. No replies are invited at this time. Thereafter, the Court will ascertain whether it may hear this case or whether the action must be dismissed for lack of jurisdiction.

DeLucca is further directed to serve a copy of this Order on the Respondent.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2024
       New York, New York